IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR TRUJILLO,

    Plaintiff,

v.                                                           No. 15-cv-0544 LAM/SMV

MGMT. & TRAINING CORP.,
LARRY MONKS, JAMES FRAWNER,
RAUL URBINA, and HECTOR NARANJO LOPEZ,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       April 7, 2016

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **April 7, 2016**, at **1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.