IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR TRUJILLO

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　15-CV-00544 LAM-SMV

MANAGEMENT AND TRAINING
CORPORTATION; LARRY MONKS
(HEAD OF MEDICAL UNIT AT
OTERO COUNTY DETENTION
CENTER) in his individual and official
capacities; JAMES FRAWNER
(WARDEN) in his individual and
official capacities; RAUL URBINA; and
HECTOR NARANJO LOPEZ,

      Defendants.

## ORDER GRANTING STIPULATED MOTION
## TO EXTEND CASE DEADLINES

**THIS MATTER** came before this Court on the parties' Joint Motion to Extend Case Deadlines. This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation do not oppose this motion. Accordingly, this Court finds that the parties' Joint Motion to Extend Case Deadlines is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following case deadlines will be vacated and reset as follows:

1. Last day for Plaintiff to add parties and amend pleadings: Reset from November 30, 2015, to January 14, 2016;

2. Last day for Defendants to add parties and amend pleadings: Reset from December 14, 2015, to January 28, 2016;

3. Plaintiff's expert disclosure and reports: Reset from January 12, 2016, to February 26, 2016;

4. Defendants' expert disclosure and reports: Reset from February 11, 2016, to March 27, 2016;

5. Discovery Cut-off: Reset from May 11, 2016, to June 25, 2016;

6. Deadline for motions relating to discovery: Reset from May 31, 2016, to July 15, 2016;

7. Pre-Trial Motions: Reset from June 10, 2016, to July 25, 2016;

8. Plaintiff's portion of Pre-Trial Order due to Defendants: Reset from July 26, 2016, to September 9, 2016;

9. Defendants to submit Pre-Trial Order to Court: Reset from August 9, 2016, to September 23, 2016.

**IT IS SO ORDERED.**

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

Submitted by:

LAW OFFICE OF FRANCES CROCKETT

*/s/ Frances Carpenter*
Frances Carpenter
Hans Erickson
925 Luna Circle NW
Albuquerque, NM 87102
Phone: (505) 314-8883
*Attorneys for Plaintiff*

  **AND**

2

*/s/ Christina Muscarella Gooch*
(Approved via e-mail 11/6/15)
Christina Muscarella Gooch
Keleher & McLeod, PA
201 Third Street NW, 12th Floor
Albuquerque, NM   87102
Phone: 505-346-3636
*Attorney for Defendants*