IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR TRUJILLO,

    Plaintiff,

v.                                                            No. 15-cv-0544 WJ/SMV

MGMT. & TRAINING CORP.,
LARRY MONKS, JAMES FRAWNER,
RAUL URBINA, and HECTOR NARANJO LOPEZ,

    Defendants.

### ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    May 23, 2016, at 9:30 a.m.

**Matter to be heard**:  Telephonic Status Conference

The telephonic Status Conference set for April 7, 2016, [Doc. 31], is VACATED and RESET for **May 23, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.