IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VICTOR TRUJILLO,**

    **Plaintiff,**

**v.**                                      No. 2:15-CV-00544-WJ-SMV

**MANAGEMENT & TRAINING
CORPORATION ET AL.,**

    **Defendants.**

**ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES**

**THIS MATTER** came before this Court on the parties' Stipulated Motion to Extend Case Deadlines. This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation do not oppose this motion. Accordingly, this Court finds that the parties' Stipulated Motion to Extend Case Deadlines is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following case deadlines will be vacated and reset as follows:

1. Discovery Cut-off: Reset from June 25, 2016, to August 9, 2016;

2. Deadline for motions relating to discovery: Reset from July 15, 2016, to August 29, 2016;

3. Pre-Trial Motions: Reset from July 25, 2016, to September 8, 2016;

4. Plaintiff's portion of Pre-Trial Order due to Defendants: Reset from September 9, 2016, to October 24, 2016;

5. Defendants to submit Pre-Trial Order to Court: Reset from September 23, 2016, to November 7, 2016.

**IT IS SO ORDERED.**

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

Submitted by:

KELEHER & MCLEOD, PA

 /s/ Christina Muscarella Gooch
Christina Muscarella Gooch
201 Third Street NW, 12th Floor
Albuquerque, NM   87102
Phone: 505-346-3636
*Attorney for Defendants*

      **AND**

LAW OFFICE OF FRANCES CROCKETT

 *Approved via email 4/19/16*
Frances Carpenter
Hans Erickson
925 Luna Circle NW
Albuquerque, NM 87102
Phone: (505) 314-8883
*Attorneys for Plaintiff*

4844-3238-4048, v.   1