## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**VICTOR TRUJILLO,**

    **Plaintiff,**

v.   No. 15-cv-0544 WJ/SMV

**MGMT. & TRAINING CORP.,**
**LARRY MONKS, JAMES FRAWNER,**
**RAUL URBINA, and HECTOR NARANJO LOPEZ,**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS

After the June 21, 2016, settlement conference concluded without a settlement agreement, the parties accepted via email the Court's proposal of a settlement amount.

**IT IS THEREFORE ORDERED** that pursuant to the terms outlined in the Court's proposal, closing documents shall be filed no later than **July 19, 2016,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**